IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR443 |
| | ) | |
| v. | ) | |
| | ) | |
| ALFREDO CASTANEDA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion for continuance (Filing No. 19). The Court notes defendant has previously filed a speedy trial affidavit (Filing No. 14). Counsel advise the Court that they need an additional sixty (60) days to pursue plea negotiations. Accordingly,

IT IS ORDERED that trial of this matter is rescheduled for:

**Tuesday, September 5, 2006, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between July 10, 2006, and September 5, 2006, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 7th day of July, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court